UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 03 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARK A. FROST, | Nos. 03-35438 |
| Plaintiff-Appellant/Cross-Appellee, | 03-35467 |
| | 04-35630 |
| v. | D.C. No. CV-01-00342-JKS |
| | District of Alaska, Anchorage |
| TRENDWEST RESORTS INC, | |
| Defendant-Appellee/Cross-Appellant. | ORDER |
| LARRY MORRIS, | |
| Defendant. | |



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 0 3 2006

by: _Ruben Talavera_
Deputy Clerk

The court has received the stipulated motion for voluntary dismissal of case Nos. 03-35438, 03-35467, and 04-35630. The parties are reminded that case No. 03-35467 was dismissed on December 13, 2005, pursuant to Federal Rule of Appellate Procedure 42(b).

Pursuant to the stipulation of the parties, case Nos. 03-35438 and 04-35630 are voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation.

A certified copy of this order sent to the district court shall act as and for the mandate of this court as to case Nos. 03-35438 and 04-35630.

For the Court:
CATHY A. CATTERSON,
Clerk of the Court

_Teresa A. Haugen_

Teresa A. Haugen, Deputy Clerk
9th Cir. R. 27-7/Advisory Note to R. 27
and 9th Cir. R. 27-10

promo 1.30